IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CALVIN BARONVILLE,

       Appellant,

          Case No.  5D22-520
v.                              LT Case No. 2020-CF-4915

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed October 11, 2022

Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

Laura Cepero and Lisabeth J. Fryer,
of Lisabeth J. Fryer, P.A., Sanford,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


SASSO, NARDELLA and WOZNIAK, JJ., concur.